IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDY BELL,  No. C 10-4554 WHA (PR)

    Petitioner,  **ORDER OF TRANSFER**

  v.

W. MILLER, Warden,

    Respondent.
                                      /

      This is a habeas case brought pro se by a state prisoner challenging the denial of parole. Petitioner was convicted in San Francisco County, which is in this district, but she is incarcerated at the Valley State Prison for Women in Chowchilla, California, which is in the Eastern District of California.

      Because petitioner's claim is about the denial of parole, it is a challenge to the execution of her sentence, rather than the validity of it. Venue for habeas cases involving state prisoners is proper in either the district of confinement or the district of conviction. 28 U.S.C. 2241(d). The district of confinement is the preferable forum to review the execution of a sentence, however. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Pursuant to 28 U.S.C. 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition is **TRANSFERRED** to the United States District Court for the Eastern District of California.

    **IT IS SO ORDERED.**

Dated: October   28  , 2010.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.10\BELL4554.TRN.wpd

**United States District Court**
For the Northern District of California

2