# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BELL, | 1:10-cv-02112 MJS (HC) |
|         Petitioner, | ORDER DISMISSING PETITIONER'S MOTION REQUESTING EVIDENTIARY HEARING AND PRODUCTION OF DISCOVERY |
|    v. | |
| W. MILLER, Warden, | [Doc. 14] |
|         Respondent. | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 3, 2011, this Court dismissed the petition for failure to state a cognizable federal claim in light of <u>Swarthout v. Cooke</u>, 131 S.Ct. 859, 861-62, 178 L. Ed. 2d 732 (2011). On October 7, 2011, Petitioner filed a request for an evidentiary hearing and the production of discovery. The Petition was dismissed based on the pleadings and exhibits contained in the Petition. As the matter is closed, discovery is not appropriate at this time. The motion is hereby DISMISSED as moot.

IT IS SO ORDERED.

Dated:   October 14, 2011        /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE