1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT
9
## EASTERN DISTRICT OF CALIFORNIA
10
11  JUDY BELL,                              1:10-cv-02112 MJS (HC)

12              Petitioner,                 ORDER DISMISSING PETITIONER'S
                                            MOTION REQUESTING EVIDENTIARY
13       v.                                 HEARING AND PRODUCTION OF
                                            DISCOVERY
14
    W. MILLER, Warden,                      [Doc. 14]
15
                Respondent.
16  _____/
17
18       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

19  corpus pursuant to 28 U.S.C. § 2254. On October 3, 2011, this Court dismissed the petition

20  for failure to state a cognizable federal claim in light of Swarthout v. Cooke, 131 S.Ct. 859,

21  861-62, 178 L. Ed. 2d 732 (2011). On October 7, 2011, Petitioner filed a request for an

22  evidentiary hearing and the production of discovery. The Petition was dismissed based on

23  the pleadings and exhibits contained in the Petition. As the matter is closed, discovery is

24  not appropriate at this time. The motion is hereby DISMISSED as moot.
25
26  IT IS SO ORDERED.

27  Dated:    October 14, 2011          /s/ Michael J. Seng
                                        UNITED STATES MAGISTRATE JUDGE
28